**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MICHAEL DON LEATHERWOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-1300-J |
| | ) | |
| TIM TIPTON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff, a former state prisoner appearing pro se, filed a Complaint challenging Oklahoma's requirement that identification issued to convicted sex offenders bear the words "Sex Offender." [Doc. No. 1]. The matter was referred for initial proceedings to United States Magistrate Judge Chris M. Stephens consistent with 28 U.S.C. § 636(b)(1)(B), (C). Defendants moved to dismiss [Doc. No. 12] and on review, Judge Stephens recommended the Court (1) dismiss the Defendants in their individual capacities, with prejudice; (2) dismiss Defendants Tipton and Ostrowe in their official capacities, without prejudice; (3) dismiss the claims for retrospective injunctive relief and/or for money damages against Defendant Doyle, in his official capacity, without prejudice; and, (4) sua sponte dismiss Plaintiff's class action claim, without prejudice. *See* (Rep. & Rec.) [Doc. No. 18 at 6-16, 21-23]. However, Judge Stephens recommended that the Court deny the motion to dismiss as to the claims against Defendant Doyle, in his official capacity, for prospective relief. *See id.* at 16-21. Finally, Judge Stephens recommended that the Court deny Plaintiff's motion for class certification and appointment of class counsel [Doc. No. 9] and his motion to substitute parties [Doc. No. 14]. *See id.* at 23-27.

No party objected by the August 17, 2026 deadline and all have waived the right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 18]. Defendants' motion to dismiss [Doc. No. 12] is GRANTED IN PART and DENIED IN PART. Specifically, the Court GRANTS the motion IN PART and dismisses (1) Defendants, in their individual capacities, with prejudice; (2) Defendants Tipton and Ostrowe, in their official capacities, without prejudice; (3) the claims for retrospective injunctive relief and/or for money damages against Defendant Doyle, in his official capacity, without prejudice; and, (4) Plaintiff's class action claim, without prejudice. Defendants' motion to dismiss is DENIED IN PART as Plaintiff has stated a valid claim for prospective relief against Defendant Doyle, in his official capacity.

Plaintiff's motion for class certification and appointment of class counsel [Doc. No. 9] and his motion to substitute parties [Doc. No. 14] are DENIED.

This matter is re-referred to Judge Stephens.

IT IS SO ORDERED this 28th day of August, 2028.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE